No. 03-1517. SCARROT ET AL. v. WILKINS ET AL. C. A. 9th Cir. Certiorari denied.

No. 03-1518. CHORTEK ET AL. v. CITY OF MILWAUKEE, WISCONSIN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 03-1519. BRAMWELL v. FEDERAL BUREAU OF PRISONS. C. A. 9th Cir. Certiorari denied.

No. 03-1521. VISA U. S. A., INC. v. UNITED STATES; and
No. 03-1532. MASTERCARD INTERNATIONAL INC. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03-1523. JAMES v. TUCK ET AL. C. A. 5th Cir. Certiorari denied.

No. 03-1524. HAEBERLE v. UNIVERSITY OF LOUISVILLE ET AL. C. A. 6th Cir. Certiorari denied.

No. 03-1527. HENDERSON v. CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03-1529. SMITH v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 03-1533. KRSTIC v. ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03-1534. RUIZ-VALERA v. ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 03-1535. DESORDI v. BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 03-1536. WATSON v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.